# Exhibit 2

| US8897263 B2 | CounterPath Corp.'s Bria Mobile/ Desktop Softphone Applications (The Aaccused Product) |
|---|---|
| [1.1]    A method to maintain a communication session of an interactive application in a wireless network, comprising: | The accused instrumentality CounterPath Corp.'s Bria Mobile/ Desktop Softphone Applications provides a method to maintain a communication session of an interactive application in a wireless network.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Bria's expressly describe a SIP-based multimedia communications application operating over Wi-Fi and cellular networks for voice, video, messaging, and presence, which can be inferred directly to an interactive application in a wireless network. The Bria product pages also emphasize that users remain connected and that the platform provides a seamless communications experience across mobile usage contexts.<br><br>Further, Bria operates in an IMS-supportive standards environment, 3GPP TS 23.23 describes IMS session continuity between access networks through SIP/SDP-based signaling procedures. This provides additional support that Bria's SIP-based communication sessions can be maintained during changes in the user's access network. |



*Source:  https://www.counterpath.com/bria-mobile/*

## Leading Softphone for Business

Bria is a SIP-based VoIP phone available on desktop and mobile - enabling seamless communications whether you're at a desk, on the move, or work from home.

**START A FREE TRIAL >**

*Source:  https://www.counterpath.com/softphone-clients/*

## CounterPath Enters RCS-e Market with Bria Mobile Edition

### Company Extends its Softphone Leadership Position into the GSMA's RCS-e Backed Solution

The RCS initiative is a joint effort among a group of key operators, infrastructure providers and device vendors to foster the evolution of mobile communications toward rich communication. Focused on the use of IP Multimedia Subsystem (IMS) for providing mobile services, the initiative aims to enable rich communication services such as instant messaging, video sharing and buddy lists to mobile users, regardless of device or network.

*Source:  https://www.counterpath.com/counterpath-enters-rcs-e-market-with-bria-mobile-edition/*

News Highlights:

- The joint solution is the first to leverage Acme Packet's implementation of an emerging standard known as Tunneled Service Control Function (TSCF), which delivers an infrastructure-based alternative for real-time, over-the-top (OTT) communications.
- CounterPath's Bria mobile edition, a SIP-based softphone for Apple iPhone, iPad, iPod touch, as well as Google Android, now integrates tunneling innovations from Acme Packet that enable increased secure connectivity, enhanced firewall traversal, and interoperability with Acme Packet's SBCs.
- The Third Generation Partnership Project (3GPP), the standards organization that oversees the development of IP Multimedia Subsystem (IMS), is currently working to standardize the TSCF function.
- Acme Packet and CounterPath designed this solution for service providers looking to provide secure voice, video, IM, presence, and SMS to mobile apps – with higher levels of quality and reliability than current solutions.

*Source: https://www.counterpath.com/acme-packet-and-counterpath-partner-to-give-operators-the-solution-to-the-internet-ott-threat/*

### 4.3    Service Continuity

#### 4.3.1    Session Transfer concepts

##### 4.3.1.1    General

When an UE is active in an IMS session, the Session Transfer procedures provide service continuity between Access Networks and between UEs having IMS subscriptions under the same operator.

The initial and all subsequent Session Transfer procedures are initiated by the UE and are executed and controlled by the same SCC AS.

The SCC AS generates charging information for all Session Transfers for an IMS session for the purpose of billing and charging.

The UE sends information required by the SCC AS in order to execute Session Transfer procedures.

*Source: https://www.etsi.org/deliver/etsi_ts/123200_123299/123237/19.00.00_60/ts_123237v190000p.pdf*

| | |
|---|---|
| [1.2] determining | The accused instrumentality  CounterPath Corp.'s Bria Mobile/ Desktop Softphone Applications describes a first identification information associated with a mobile device; |

| a first identification information associated with a mobile device; | This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Bria's product evidence shows that the app works through device/account-specific SIP registration. The SIP account settings page says that if an additional SIP account is configured, the user should unregister the account before changes and register the account afterward, which confirms device/account-level SIP registration handling. The Push Service documentation adds that the SIP server maps the SIP Address-of-Record (AOR) to the Contact URI (For e.g. a first identification information associated with the mobile device) and that the Bria Push server generates a unique Contact URI for each SIP account on each device the account is registered on.<br><br>For example, the standards 3GPP TS 23.228 Release 19, the IMS procedures expressly use Public User Identity, Private User Identity, and UE IP address during registration-related signaling between CSCF/HSS functions. The standard also says the IMS network can generate GRUUs for a specific Public User Identity and UE instance. Further, the system determines a first UE-associated identity during registration. |

# Leading Softphone for Business

Bria is a SIP-based VoIP phone available on desktop and mobile - enabling seamless communications whether you're at a desk, on the move, or work from home.

**START A FREE TRIAL**

*Source:* *https://www.counterpath.com/softphone-clients/*

News Highlights:

- The joint solution is the first to leverage Acme Packet's implementation of an emerging standard known as Tunneled Service Control Function (TSCF), which delivers an infrastructure-based alternative for real-time, over-the-top (OTT) communications.
- CounterPath's Bria mobile edition, a SIP-based softphone for Apple iPhone, iPad, iPod touch, as well as Google Android, now integrates tunneling innovations from Acme Packet that enable increased secure connectivity, enhanced firewall traversal, and interoperability with Acme Packet's SBCs.
- The Third Generation Partnership Project (3GPP), the standards organization that oversees the development of IP Multimedia Subsystem (IMS), is currently working to standardize the TSCF function.
- Acme Packet and CounterPath designed this solution for service providers looking to provide secure voice, video, IM, presence, and SMS to mobile apps – with higher levels of quality and reliability than current solutions.

*Source: https://www.counterpath.com/acme-packet-and-counterpath-partner-to-give-operators-the-solution-to-the-internet-ott-threat/*

### SIP account settings

**User Details**

| Field | Description |
|---|---|
| Display as | Your name. This is your Caller ID, if supported or just your phone number. |
| Username | User portion of your SIP Address of Record (AOR). For example, if your account is 6045551234@myVoIPProvider.com, the username is **6045551234** |
| Password | The password for your SIP account.<br>Provided by your VoIP service provider. |
| Domain | If your account is 6045551234@myVoIPProvider.com, the domain is **myVoIPProvider**.<br>Provided by your VoIP service provider. |

| | |
|---|---|
| Registration Mode | Change this setting from Standard to Single Device Emulation if your VoIP service provider does not support dual or multiple registrations. Most service providers support dual or multiple registrations.<br><br>• **Continuous**: Your VoIP service provider supports multiple registrations. The Bria Push server is always connected to the SIP server. Bria is only connected to the SIP server when Bria is in the foreground. When Bria is in the foreground, Bria ignores push notifications so that you do not receive duplicate notifications.<br>• **Single Device Takeover**: Your VoIP service provider does not support multiple registrations. This settings allowsBria and the Bria Push server to take over the registration from each other.<br>• **Standard**: Your VoIP service provider supports multiple registrations. Both Bria and the Bria Push server can be registered with the SIP server at the same time. If you are already using this setting and you have no problems receiving push notifications, leave **Registration Mode** as **Standard**. Otherwise, use **Continuous** if your VoIP service provider supports multiple registrations.<br>• **Single Device Emulation**: Your VoIP service provider does not support multiple registrations. Both Bria and the Bria Push server must unregister before the other one can register. If you are already using this setting and you have not problems receiving push notifications, you can leave **Registration Mode** as **Single Device Emulation**. Otherwise, use **Single Device Takeover** if your VoIP server provider does not support multiple registrations. |
| NAT Emulation | Use this setting if your VoIP service provider uses a session border controller (SBC).<br><br>• **On**: The Bria Push Service will act as if it is behind a NAT by using a private IP address.<br>• **Off**: Default |
| SIP Proxy | Enter your outbound proxy if your VoIP service provider requires you to use different SIP proxies for Bria and for the Bria Push Service to communicate with the PBX. |

*Source: https://docs.counterpath.com/docs/AndUG/clients/UserGuides/Mobile/Settings/mobAccountSIP.htm?*

## 6.1    Registration

### 6.1.1    General

Whenever the UE acquires IP connectivity via an IP-CAN, the UE registers in the IMS as defined in TS 23.228 [4]. The user profile contains a C-MSISDN which is bound to the IMS Private User Identity. The S-CSCF follows the procedures defined in TS 23.218 [13] for performing 3rd party registration towards the SCC AS.

When using CS access for media, the UE may be registered in IMS as specified in TS 23.292 [5].

When the SCC AS receives a 3rd party registration per procedures defined in TS 23.218 [13], the SCC AS shall obtain the C-MSISDN from the HSS. If the C-MSISDN is associated with any ongoing session(s), the SCC AS shall bind all the unique identities associated with the SIP Registration e.g. GRUUs, contact address, etc with the session identifier of the ongoing session.

*Source: https://www.etsi.org/deliver/etsi_ts/123200_123299/123237/19.00.00_60/ ts_123237v190000p.pdf*

| [1.3] in response to the mobile device leaving a first wireless range associated with the wireless network, accessing a second identificatio | The accused instrumentality  CounterPath Corp.'s Bria Mobile/ Desktop Softphone Applications provides in response to the mobile device leaving a first wireless range associated with the wireless network, accessing a second identification information associated with the first identification information, wherein the second identification information is assigned to the mobile device when the mobile device is in a second wireless range associated with the wireless network and registers itself to a stationary device covering the second wireless range; and

This element is met literally, or in the alternative, under the doctrine of equivalents.

For example, Bria's own mobility and SIP-registration materials together with IMS continuity standards. CounterPath states that Bria Mobile operates over Wi-Fi or cellular data. Also explains that when the smartphone enters a "known Wi-Fi zone," the network associates the registration of CounterPath's Bria mobile app with the mobile number and routes incoming calls via the Bria IP endpoint on the smartphone, which supports an inference that the device has moved from a first wireless environment, |

| | |
|---|---|
| n information associated with the first identification information, wherein the second identification information is assigned to the mobile device when the mobile device is in a second wireless range associated with the wireless network and registers itself to a stationary device covering the | such as cellular, into a second wireless environment, such as Wi-Fi, where the Bria app becomes the registered IP endpoint for continued call handling.<br><br>Further, consistent with this architecture, 3GPP TS 23.237 states that when a UE is active in an IMS session, the Session Transfer procedures provide service continuity between access networks. The same standard further states that if the UE receives a new IP address (second identification information), the UE performs a new IMS registration, and a new ATCF may be selected. Thus, the disclosed ATCF/ATGW functionality is consistent with handling continuity of an IMS communication session when the mobile device moves between access networks. In particular, the ATCF is a network-side function used in roaming and access transfer scenarios to maintain session continuity during changes in the UE's serving access environment.<br><br>Further, 3GPP TS 23.237 also describes UE profile is updated to HSS and assigning a new STN-SR number when ATCF is involved (i.e. when user enters in a roaming network). The STN is a number used by the UE during session transfer process.<br><br>All Bria Stretto mobile users are provided with access to CounterPath's Push Notification service, which is critical for reducing battery usage when the Bria Stretto app is in the background. CounterPath's Push service ensures that the user is always reachable for incoming calls and messages, over any network, by leveraging Google and Apple's global Push Notification infrastructure. Furthermore, Bria Stretto mobile softphones include support for active call handoff to/from WiFi and 3G/4G networks.<br><br>*Source: https://www.counterpath.com/assets/channel/files/bria-stretto-solution-brief-channel-partner-feb-15-2018.pdf* |

| second wireless range; and | <ul><li>An individual is at home and takes a traditional circuit switched call on their smartphone. They leave home and head into their work place, at which point the NCG recognises the phone has entered a "known Wi-Fi zone" and associates the registration of CounterPath's Bria mobile app with the mobile number. At that point, the NCG will route all incoming calls to their cell phone number via the Bria IP endpoint on their smartphone.</li><li>An employee leaves Vancouver for San Francisco. When they land, their phone (via the NCG) recognises a country shift, and routes calls to the Bria IP endpoint over the data channel instead of the circuit switched channel so that the user avoids costly voice roaming fees. To completely avoid any roaming costs, the user can also choose to alter their settings to Wi-Fi only.</li></ul> *Source: https://www.counterpath.com/counterpath-awarded-patent-overseeing-routing-of-mobile-voice-calls/* <br><br> 3GPP TS 23.237 version 19.0.0 Release 19          18          ETSI TS 123 237 V19.0.0 (2025-10) <br><br> **4.2.2    Access Transfer Requirements** <br><br> - It shall be possible to provide Access Transfer in the home network or in the visited network (if roaming) when the user is moving between 3GPP access systems. <br><br> - It shall be possible to provide Access Transfer when the user is moving between 3GPP and non-3GPP access systems. <br><br> - It shall be possible to provide Access Transfer when the user is moving between non-3GPP access systems. <br><br> - It shall be possible to provide Access Transfer between an Access Network that supports real-time media on the CS domain and non-real-time media on the PS domain, and an IP-CAN that supports transport of all media types. |

### 4.3.1        Session Transfer concepts

#### 4.3.1.1        General

When an UE is active in an IMS session, the Session Transfer procedures provide service continuity between Access Networks and between UEs having IMS subscriptions under the same operator.

The initial and all subsequent Session Transfer procedures are initiated by the UE and are executed and controlled by the same SCC AS.

The SCC AS generates charging information for all Session Transfers for an IMS session for the purpose of billing and charging.

The UE sends information required by the SCC AS in order to execute Session Transfer procedures.

NOTE 2:  If the UE receives a new IP address, the UE will perform a new registration in the IMS according to TS 23.228 [4] and a new ATCF may be selected.

2.  ATCF decides, based on operator policy and if the home network supports (5G-)SRVCC enhanced with ATCF, to allocate a STN-SR. The ATCF includes itself in the signalling path for subsequent messages during the registration period. Additionally to the STN-SR, the ATCF allocates an ATCF management URI that can be used by SCC AS to address the ATCF directly.

### 5.3.4        Access Transfer Control Function (ATCF)

#### 5.3.4.1        General

The Access Transfer Control Function (ATCF) is a function in the serving (visited if roaming) network. When (v)SRVCC enhanced with ATCF is used or when 5G-SRVCC is used, the ATCF is included in the session control plane for the duration of the call before and after Access Transfer.

#### 5.3.4.2        ATCF inclusion

The following implementation methods could be used to determine if the ATCF should be including itself during registration:

-   If UE is roaming, based on the roaming agreement (e.g., home operator also support (5G-)SRVCC enhanced with ATCF in SCC AS and UDM/HSS).

<table>
<tr>
<td></td>
<td>

### 5.3.6    HSS

The HSS shall allow the SCC AS to update the user profile with a new STN-SR. In the case the ATCF is involved, the STN-SR will address the ATCF, otherwise, it will address the SCC AS.

**Session Transfer Number (STN)**: A number used by the UE to request the SCC AS to perform Session Transfer from PS to CS access. The STN is configured and stored on the UE and can be updated with current address during session establishment. See TS 23.003 [14] for more information.

*Source: https://www.etsi.org/deliver/etsi_ts/123200_123299/123237/19.00.00_60/ts_123237v190000p.pdf*

</td>
</tr>
<tr>
<td>[1.4] maintaining the communication session with the mobile device by utilizing the second identification information in a signaling protocol.</td>
<td>

The accused instrumentality  CounterPath Corp.'s Bria Mobile/ Desktop Softphone Application maintaining the communication session with the mobile device by utilizing the second identification information in a signaling protocol.

This element is met literally, or in the alternative, under the doctrine of equivalents.

For example, CounterPath expressly describes Bria Mobile as a SIP-based softphone operating over Wi-Fi or cellular data for voice, video, messaging, and presence, and further states that its operator-integrated solution supports secure real-time sessions that can traverse network borders. The 3GPP IMS Service for continuing session handling across access changes.  Further, 3GPP TS 23.237 also describes UE profile is updated to HSS and assigning a new STN-SR number when ATCF is involved (i.e. when user enters in a roaming network). The STN is a number used by the UE during session transfer process.

</td>
</tr>
</table>

## Unlock Seamless Communication with Bria Mobile

Experience HD voice and video calls on the go. Download now for iOS and Android, or explore our technical documents for more insights.

*Source: https://www.counterpath.com/bria-mobile/*

| | | |
|---|---|---|
| RFC 3325: Private Extension to the Session Initiation Protocol (SIP) for Asserted Identity within Trusted Networks | ✅ | ✅* |
| RFC 3326: The Reason Header Field for the Session Initiation Protocol | ✅ | ✖ |
| RFC 3327: SIP Extension Header Field for Registering Non-Adjacent Contacts | ✖ | ✅ |
| RFC 3420: Internet Media Type message/sipfrag | ✅ | ✅ |
| RFC 3455: 3GPP SIP P-Header Extensions | ✅* | ✖ |

*Source: https://www.counterpath.com/sip.html*

- An individual is at home and takes a traditional circuit switched call on their smartphone. They leave home and head into their work place, at which point the NCG recognises the phone has entered a "known Wi-Fi zone" and associates the registration of CounterPath's Bria mobile app with the mobile number. At that point, the NCG will route all incoming calls to their cell phone number via the Bria IP endpoint on their smartphone.
- An employee leaves Vancouver for San Francisco. When they land, their phone (via the NCG) recognises a country shift, and routes calls to the Bria IP endpoint over the data channel instead of the circuit switched channel so that the user avoids costly voice roaming fees. To completely avoid any roaming costs, the user can also choose to alter their settings to Wi-Fi only.

*Source: https://www.counterpath.com/counterpath-awarded-patent-overseeing-routing-of-mobile-voice-calls/*

**IMS Service Continuity:** A service of the IMS which supports the use of Session Transfer mechanisms to maintain service continuity in the event of terminal mobility and/or mobility between terminals for the case when such events are not hidden from the IMS session layer and thus service continuity could not otherwise be maintained.

## 4.3.1    Session Transfer concepts

### 4.3.1.1    General

When an UE is active in an IMS session, the Session Transfer procedures provide service continuity between Access Networks and between UEs having IMS subscriptions under the same operator.

The initial and all subsequent Session Transfer procedures are initiated by the UE and are executed and controlled by the same SCC AS.

The SCC AS generates charging information for all Session Transfers for an IMS session for the purpose of billing and charging.

The UE sends information required by the SCC AS in order to execute Session Transfer procedures.

NOTE 2:  If the UE receives a new IP address, the UE will perform a new registration in the IMS according to TS 23.228 [4] and a new ATCF may be selected.

2.  ATCF decides, based on operator policy and if the home network supports (5G-)SRVCC enhanced with ATCF, to allocate a STN-SR. The ATCF includes itself in the signalling path for subsequent messages during the registration period. Additionally to the STN-SR, the ATCF allocates an ATCF management URI that can be used by SCC AS to address the ATCF directly.

### 5.3.4     Access Transfer Control Function (ATCF)

#### 5.3.4.1     General

The Access Transfer Control Function (ATCF) is a function in the serving (visited if roaming) network. When (v)SRVCC enhanced with ATCF is used or when 5G-SRVCC is used, the ATCF is included in the session control plane for the duration of the call before and after Access Transfer.

#### 5.3.4.2     ATCF inclusion

The following implementation methods could be used to determine if the ATCF should be including itself during registration:

- If UE is roaming, based on the roaming agreement (e.g., home operator also support (5G-)SRVCC enhanced with ATCF in SCC AS and UDM/HSS).

### 5.3.6     HSS

The HSS shall allow the SCC AS to update the user profile with a new STN-SR. In the case the ATCF is involved, the STN-SR will address the ATCF, otherwise, it will address the SCC AS.

**Session Transfer Number (STN)**: A number used by the UE to request the SCC AS to perform Session Transfer from PS to CS access. The STN is configured and stored on the UE and can be updated with current address during session establishment. See TS 23.003 [14] for more information.

*Source: https://www.etsi.org/deliver/etsi_ts/123200_123299/123237/19.00.00_60/ts_123237v190000p.pdf*